Certificate Number: 05781-TXS-DE-041483905

Bankruptcy Case Number: 26-36988

05781-TXS-DE-041483905

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 24, 2026, at 2:43 o'clock PM PDT, Phuoc Van Ho completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Texas.

Date: September 24, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President